[No. 9863-2-I.  Division One.  May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS MEAD HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-8-04486-1, Gary M. Little, J., entered January 12, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Corbett, J.

[No. 10071-8-I.  Division One.  May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY DANA NIPERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-8-05362-2, Gary M. Little, J., entered February 18, 1981. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, C.J., and Durham, J.

[No. 10027-1-I.  Division One.  May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBBIE MAY LACY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-04689-2, Horton Smith, J., entered March 6, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by James and Durham, JJ.

[No. 10017-3-I.  Division One.  May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ERNEST OSBORNE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03583-1, Horton Smith, J., entered March 6, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Corbett, JJ.